

07 CV 3688

249-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SEA CHALLENGER SHIPHOLDING S.A.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)
Manuel A. Molina (MM1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SEA CHALLENGER SHIPHOLDING S.A.,

                                    Plaintiff,

        - against –

AGRITRADE INTERNATIONAL (PTE) LTD.,

                                    Defendant.
-------------------------------------------------------------x

MAY 09 2007

07 CIV _____ (        )

**RULE 7.1 STATEMENT**

        SEA CHALLENGER SHIPHOLDING S.A., by and through its undersigned

attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of

Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate

parents, and that no publicly-held corporation in the United States owns 10% or more of

the stock of the company.

Dated: New York, New York
        May 9, 2007

                        FREEHILL HOGAN & MAHAR, LLP
                        Attorneys for Plaintiff
                        SEA CHALLENGER SHIPHOLDING S.A.

        By:     _____
                Michael E. Unger (MU 0045)
                Manuel A. Molina (MM 1017)
                80 Pine Street
                New York, NY 10005
                (212) 425-1900
                (212) 425-1901 fax

NYDOCS1/282824.1