

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ
JOHN F. KARPOUSIS
MICHAEL E. UNGER*
WILLIAM J. PALLAS*
GINA M. VENEZIA*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ**
DANIEL J. FITZGERALD**
JILL A. TAFT
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▲ ALSO ADMITTED IN WASHINGTON, D.C.
" ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
550 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

October 29, 2007

Total No. of Pages: 4

Our Ref No.: 249-07/MEU

<u>VIA FACSIMILE (212) 805-7924</u>
Honorable Sidney H. Stein
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007-1312

Re: **SEA CHALLENGER SHIPHOLDINGS S.A.** v. **AGRITRADE INTERNATIONAL (PTE) LTD.**
07 cv 3688 (SHS) - SDNY

Dear Judge Stein,

At the request of Ms. Blakely of your Chambers, we report concerning the status of this Rule B maritime attachment action.

This matter was commenced with the filing of a Verified Complaint on May 9, 2007 and on the same day Your Honor granted Plaintiff's application to attach approximately $136,000 of Defendant's funds as security for claims being pursued in London arbitration. The Process of Maritime Attachment and Garnishment was served on a number of banks and the full amount of security permitted by this Court's Order was restrained in May of this year. No appearance has been filed on behalf of Defendant in response to notice of the restraint having been provided pursuant to Local Rule B.2. Nor has Defendant responded to the request to waive formal service under Rule 4(f). We are presently taking steps to have the Defendant, located in Singapore, served formally.

In the meantime, the arbitration continues apace with claims submissions having been served upon Defendant's Singapore attorneys. It is estimated that it will be approximately 9-12 months before an arbitration award is issued.

NYDOCS1/292746.1

Hon. Sidney H. Stein
October 29, 2007
Page 2

    We respectfully suggest that the Court place this matter on its suspense docket in view of the foregoing pending conclusion of the arbitration or the occurrence of other circumstances requiring the Court's intervention.

    We thank the Court for its courtesy and attention to this matter.

Respectfully submitted,
FREEHILL HOGAN & MAHAR LLP

Michael E. Unger

MEU/mc

10/30/07

*The court shall hold a pretrial conf. on January 25, 2008 at 10 AM. Plt is to notify def. after def. is served.*

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.