

LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*
MICHAEL E. UNGER*
WILLIAM J. PALLAS*
GINA M. VENEZIA*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*
DANIEL J. FITZGERALD*
JILL A. TAFT
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
! ALSO ADMITTED IN CONNECTICUT
▲ ALSO ADMITTED IN WASHINGTON, D.C.
* ALSO ADMITTED IN LOUISIANA

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
050 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

January 24, 2008

Total No. of Pages: 2

Our Ref No.: 249-07/MEU

**VIA FACSIMILE (212) 805-7924**
Honorable Sidney H. Stein
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007-1312

    Re:   **SEA CHALLENGER SHIPHOLDINGS S.A. v. AGRITRADE INTERNATIONAL (PTE) LTD.**
          **07 cv 3688 (SHS) - SDNY**

Dear Judge Stein,

    Pursuant to our telephone discussion with Ms. Blakely of your Chambers, we report concerning the status of this Rule B maritime attachment action.

    This matter was commenced with the filing of the Verified Complaint on May 9, 2007 and on the same day Your Honor granted Plaintiff's application to attach approximately $136,000 of Defendant's funds as security for claims being pursued in London arbitration. The Process of Maritime Attachment and Garnishment was served on a number of banks and the full amount of security permitted by this Court's Order was restrained in May of 2007. No appearance has been filed on behalf of Defendant in response to the notice which was sent to Defendant pursuant to Local Rule B.2 soon after the restraint. Nor did Defendant respond to the request to waive formal service under Rule 4(f). Accordingly, in November 2007 we formally served Defendant in Singapore. Despite service having been made we have had no contact from Defendant.

    The arbitration continues apace with claims submissions having been served upon Defendant's Singapore attorneys. Defense submissions are due at the end of this month. It is estimated an arbitration award will be issued in May or June of this year.

NYDOCS1/297841.1

Hon. Sidney H. Stein
January 24, 2008
Page 2

We respectfully suggest that the Court waive the status conference scheduled for January 25 at 10:00 am and place this matter on its suspense docket in view of the foregoing pending conclusion of the arbitration or the occurrence of other circumstances requiring the Court's intervention.

We thank the Court for its courtesy and attention to this matter.

Respectfully submitted,
FREEHILL HOGAN & MAHAR LLP

Michael E. Unger

MEU/mc

*[Handwritten order:]* This matter is placed on the Court's suspense calendar. Plaintiff's counsel is to report to the Court in writing the status of the arbitration every 90 days starting June 30, 2008.

SO ORDERED 1/24/08

SIDNEY H. STEIN
U.S.D.J.

NYDOCS1/297841.1

FREEHILL, HOGAN & MAHAR LLP